**SCHIAN WALKER, P.L.C.**
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445
MARK C. HUDSON, #020500
Attorneys for MorrisAnderson &
Associates, Ltd., Litigation Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2-12-bk-14362-DPC |
| SWIFT AIR, L.L.C., | CHAPTER 11 |
| Debtor. | **LITIGATION TRUSTEE'S ANNUAL REPORT FOR FISCAL YEAR 2014** |

Pursuant to Section 12.05 of the Creditor Trust Agreement, MorrisAnderson & Associates, Ltd., the duly appointed Litigation Trustee (the "**Trustee**"), files its written report and accounting for the fiscal year ending December 31, 2014.

As additional detail to this report, the Trustee has attached the following documents, ending on December 31, 2014:

1. Assets and Liabilities Schedule
2. Operating Statement
3. Summary of Settlement Payments Received
4. Operating Cash Schedule
5. Schedule of Trustee and Legal Fees
6. Accounts Receivable
7. Accounts Payable
8. Bank Statement – First Niagara

Since its appointment, the Trustee has undertaken action to review the Debtor's books and records in order to identify and recover avoidable transfers made by the Debtor prior and subsequent to its bankruptcy (including preferences, fraudulent transfers, and unauthorized post-petition transfers). As

00283169.2

noted in the attached documents, the Trustee was holding cash assets on December 31, 2014 of $53,700 and total assets of $446,549 (the balance being uncollected judgments). The Litigation Trust's (as established in the Plan or Reorganization) net income through December 31, 2014 was $12,404.81.

A substantial portion of the Litigation Trust's income and assets is the result of collections by the Trustee (which are detailed in the attached documents). A summary of the collection efforts is as follows:

A. *Collection action against non–insiders*:

| Number | Description* |
|---|---|
| 70 | Total number of recipients of potentially avoidable transfers |
| 16 | Eliminated due to potential liability being under the venue threshold in 28 U.S.C. § 1409(a) |
| 5 | Eliminated due to potential liability being under the jurisdictional limit in 11 U.S.C. § 547(c)(9) |
| 17 | Eliminated after transferee established ordinary course defense that eliminated potential liability or reduced it an amount less than the jurisdictional or venue threshold(s) |
| 6 | Eliminated after transferee established contemporaneous exchange defense that eliminated potential liability or reduced it an amount less than the jurisdictional or venue threshold(s) |
| 4 | Eliminated after transferee established new value defense that eliminated potential liability or reduced it an amount less than the jurisdictional or venue threshold(s) |
| 2 | Eliminated after determining transferee did not receive a transfer from the Debtor or estate funds |
| 1 | Eliminated after it was determined that the claim was released previously as part of a Court-approved settlement |
| 5 | Eliminated for miscellaneous reasons, including the transferee no longer being in operation or otherwise uncollectible |
| 9 | Settled by Trustee, settlement paid in full |
| 1 | Judgment entered (by default), but later determined to be uncollectible |
| 3 | Judgment entered (by default), but collection not completed by year-end |
| 1 | Action pending |

| Number | Description* |
|---|---|
| | **\* Several transferees provided evidence of more than one defense; they are listed under only one defense and not repeated (double-counted). In several cases, an adversary case was filed before the transferee provided evidence of defenses or settled with the Trustee, resulting in the adversary case being dismissed when a settlement was reached.** |

B. <u>Collection action against insiders</u>

| Number | Description |
|---|---|
| 36 | Total number of recipients of potentially avoidable transfers. |
| 32 | In negotiations with the Trustee, subject to tolling agreements. |
| 3 | Judgment entered (by default), but collection not completed by year-end.** |
| 1 | Litigation is ongoing. |
| | **\*\* Judgment was entered (on January 8, 2015) after the close of the fiscal year (this involves one Judgment entered against 3 persons)** |

As indicated by the foregoing, the Trustee resolved the majority of the potential avoidance actions against non-insiders by the end of 2014. As for the insiders, it is continuing to pursue these actions, most of which were still being negotiated prior to litigation being initiated.

DATED this <u>24th</u> day of February, 2015.

                              SCHIAN WALKER, P.L.C.

                              By <u>/s/ DALE C. SCHIAN, #010445</u>
                                  Dale C. Schian
                                  Mark C. Hudson
                                  Attorneys for MorrisAnderson

COPY of the foregoing
e-mailed this <u>24th</u> day
of February, 2015, to:

Jennifer A. Giaimo, Esq.
U.S. Trustee's Office
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
jennifer.a.giaimo@usdoj.gov

<u>/s/ JULIE LARSEN</u>

**SWIFT AIR LIQUIDATING TRUST**
**ASSETS AND LIABILITIES SCHEDULE**
**For the Period October 2013 through December 2014**
*Accrual Basis*

**Assets**

| | |
|---|---:|
| Cash First Niagra | 28,386 |
| Cash Trust Account | 25,315 |
| Total Cash | $53,700 |
| | |
| Judgments | 392,848 |
| | |
| Total Assets | $446,549 |

**Liabilities**

| | |
|---|---:|
| Accounts Payable | 41,295 |

| | |
|---|---:|
| **Total Assets Less Liabilities** | $405,253 |

| | |
|---|---:|
| Total Cash | 53,700 |
| Less: Accounts Payable | (41,295) |
| **Available Cash** | **$12,405** |

# SWIFT AIR LIQUIDATING TRUST
## OPERATING STATEMENT
### For the Period October 2013 through December 2014
*Accrual Basis*

**Income**
| | |
|---|---:|
| Creditor Trust Distribution | 35,000.00 |
| Creditor Trust Settlements | 64,722.00 |
| Total Receipts | $99,722.00 |

**Expenses**
| | |
|---|---:|
| Liquidating Trustee | 52,290.00 |
| Legal Fees | 18,215.68 |
| Filing Costs | 8,050.00 |
| Legal Expenses | 4,731.05 |
| Travel | 3,541.49 |
| Other | 241.84 |
| Postage | 158.22 |
| Communication | 63.91 |
| Bank Fees | 25.00 |
| **Total Expenses** | 87,317.19 |
| **Net Income** | $ 12,404.81 |

2  Case 2:12-bk-14362-DPC    Doc 912    Filed 02/24/15    Entered 02/24/15 14:32:01    Desc 2/24/2015
                            Main Document    Page 5 of 14

**SWIFT AIR LIQUIDATING TRUST**
**SETTLEMENTS**
**For the Period October 2013 through December 2014**

| Account | Amount |
|---|---|
| **Total Settlements** | **$64,722.00** |

**SWIFT AIR LIQUIDATING TRUST**
**OPERATING CASH SCHEDULE**
**For the Period October 2013 through December 2014**

**First Niagra Liquidating Trust Operating Account**

| Date | Account | Ledger | Description | Amount | Balance |
|---|---|---|---|---:|---:|
| *Transfer to Operating Trust* | | | | | 35,000.01 |
| 1/25/2014 | FN | Professional Fee | Schian Walker, P.L.C. | (17,500.00) | 17,500.01 |
| 12/4/2014 | FN | Transfer | Schian Walker, P.L.C. | 25,910.73 | 43,410.74 |
| 12/23/2014 | FN | Professional Fee | MorrisAnderson | (15,000.00) | 28,410.74 |
| 12/31/2014 | FN | Service Charge | FN fee | (25.00) | 28,385.74 |

**Schian Walker Escrow Account**

**Settlement Collections**

| | | |
|---|---:|---:|
| Total Settlements | $64,722.00 | |
| **Transfers From Liquidating Trustee** | $17,500.00 | |
| **Transfers To Liquidating Trustee** | ($25,910.73) | |
| **Legal Expense Reimbursement** | | |
| Adversary filing fees (24) | (8,050.00) | |
| costs on 1182.15 | (1,002.15) | |
| Misc costs | (24.48) | |
| costs on 1182.15 | (2,194.31) | |
| Fees and costs on 1182.00 | (853.49) | |
| Fees and costs on 1182.00 | (477.50) | |
| Misc costs | (105.48) | |
| Misc costs | (47.14) | |
| Misc costs | (13.84) | |
| Misc costs | (12.66) | |
| **Total Expense Reimbursement** | ($12,781.05) | |
| **Fees Paid** | | |
| Aero Data settlement | (450.00) | |
| Complete Skycap - payment 1 (10/14) | (16.67) | |
| Complete Skycap - payment 2 (11/14) | (16.67) | |
| Complete Skycap - payment 3 (12/14) | (16.67) | |
| Eastern Aviation Fuels Settlement | (5,000.00) | |
| Fed Ex settlement | (1,166.67) | |
| International Aerospace settlement | (375.00) | |
| Jeppesen Sanderson Settlement | (4,833.33) | |
| Mariah Fuels Settlement | (2,500.00) | |
| Navtech settlement | (1,750.00) | |
| Sentinel Aerospace settlement (2000) | (666.67) | |
| Spectrum Aerospace settlement | (1,424.00) | |
| **Total Schian Walker Fees Paid** | ($18,215.68) | |
| **Escrow Balance** | | $25,314.54 |

4    Case 2:12-bk-14362-DPC    Doc 912    Filed 02/24/15    Entered 02/24/15 14:32:01    Desc
Main Document    Page 7 of 14

2/24/2015

**SWIFT AIR LIQUIDATING TRUST**
**OPERATING CASH SCHEDULE**
**For the Period October 2013 through December 2014**

**LIQIDATING TRUSTEE EXPENSES**

| Date | Category | Description | Amount |
|---|---|---|---:|
| 2/7/2014 | Air | TRAVEL | 334.00 |
| 3/6/2014 | Air | TRAVEL | 200.00 |
| 10/1/2014 | Air | TRAVEL | 924.20 |
| 10/2/2014 | Air | TRAVEL | 864.20 |
| 10/4/2014 | ARent | TRAVEL | 57.42 |
| 10/5/2014 | ARent | TRAVEL | 120.00 |
| 2/7/2014 | Cab | TRAVEL | 50.00 |
| 10/3/2014 | Cab | TRAVEL | 27.00 |
| 10/4/2014 | Gas | TRAVEL | 2.29 |
| 10/5/2014 | Gas | TRAVEL | 15.00 |
| 10/1/2014 | Lodging | TRAVEL | 158.86 |
| 10/2/2014 | Lodging | TRAVEL | 317.72 |
| 10/2/2014 | Lodging | TRAVEL | 158.86 |
| 2/7/2014 | Meals | TRAVEL | 12.12 |
| 3/18/2014 | Meals | TRAVEL | 21.20 |
| 3/25/2014 | Meals | TRAVEL | 22.30 |
| 10/2/2014 | Meals | TRAVEL | 151.32 |
| 12/25/2013 | Mess | POSTAGE | 26.85 |
| 2/16/2014 | Mess | POSTAGE | 74.50 |
| 6/4/2014 | Mess | POSTAGE | 56.87 |
| 2/16/2014 | Other | OTHER | 197.00 |
| 2/16/2014 | Pacer | OTHER | 35.53 |
| 4/11/2014 | Pacer | OTHER | 9.31 |
| 10/5/2014 | ParkT | TRAVEL | 105.00 |
| 1/13/2014 | Phone | COMMUNICATION | 30.82 |
| 7/14/2014 | Phone | COMMUNICATION | 18.47 |
| 8/1/2014 | Phone | COMMUNICATION | 7.64 |
| 10/26/2014 | Phone | COMMUNICATION | 6.98 |
| | | **TOTAL** | **$4,005.46** |
| | | COMMUNICATION | 63.91 |
| | | OTHER | 241.84 |
| | | POSTAGE | 158.22 |
| | | TRAVEL | 3,541.49 |
| | | **TOTAL LIQ TRUSTEE COST** | **$4,005.46** |

**Schian Walker Expenses**

| Category | Description | Amount |
|---|---|---:|
| Filing Cost | Adversary filing fees (24) | 8,050.00 |
| Legal Costs | costs on 1182.15 | 2,194.31 |
| Legal Costs | costs on 1182.15 | 1,002.15 |
| Legal Costs | Fees and costs on 1182.00 | 853.49 |
| Legal Costs | Fees and costs on 1182.00 | 477.50 |
| Legal Costs | Misc costs | 105.48 |
| Legal Costs | Misc costs | 47.14 |
| Legal Costs | Misc costs | 24.48 |
| Legal Costs | Misc costs | 13.84 |
| Legal Costs | Misc costs | 12.66 |
| | **TOTAL** | **$ 12,781.05** |
| | FILING COSTS | 8,050.00 |
| | LEGAL EXPENSES | 4,731.05 |
| | **TOTAL LEGAL EXPENSES** | **$ 12,781.05** |

**SWIFT AIR LIQUIDATING TRUST**
**LIQUIDATING TRUSTEE AND LEGAL FEES**
**For the Period October 2013 through December 2014**

**Liquidating Trustee Fees**

| Date | Consultant | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/20/2013 | DFD | 1.00 | 550 | 550.00 |
| 11/20/2013 | MJW | 1.00 | 375 | 375.00 |
| 11/21/2013 | DFD | 0.50 | 550 | 275.00 |
| 12/4/2013 | DFD | 2.00 | 550 | 1,100.00 |
| 12/6/2013 | DFD | 0.50 | 550 | 275.00 |
| 12/18/2013 | DFD | 0.50 | 550 | 275.00 |
| 1/17/2014 | THS | 2.50 | 325 | 812.50 |
| 2/7/2014 | MJW | 4.00 | 375 | 1,500.00 |
| 3/4/2014 | DTI | 0.50 | 325 | 162.50 |
| 3/8/2014 | DFD | 0.50 | 550 | 275.00 |
| 3/18/2014 | DTI | 3.50 | 325 | 1,137.50 |
| 3/25/2014 | DTI | 3.50 | 325 | 1,137.50 |
| 3/28/2014 | DFD | 0.30 | 550 | 165.00 |
| 3/31/2014 | DTI | 2.00 | 325 | 650.00 |
| 4/2/2014 | DFD | 0.50 | 550 | 275.00 |
| 4/15/2014 | MSB | 2.00 | 300 | 600.00 |
| 4/15/2014 | DFD | 0.50 | 550 | 275.00 |
| 4/15/2014 | DTI | 0.50 | 325 | 162.50 |
| 4/16/2014 | MSB | 6.50 | 300 | 1,950.00 |
| 4/17/2014 | MSB | 5.00 | 300 | 1,500.00 |
| 4/18/2014 | MSB | 3.00 | 300 | 900.00 |
| 4/21/2014 | MSB | 5.00 | 300 | 1,500.00 |
| 4/22/2014 | MSB | 7.00 | 300 | 2,100.00 |
| 4/25/2014 | MSB | 3.00 | 300 | 900.00 |
| 4/28/2014 | MSB | 5.00 | 300 | 1,500.00 |
| 4/29/2014 | MSB | 3.00 | 300 | 900.00 |
| 4/30/2014 | DFD | 0.50 | 550 | 275.00 |
| 5/5/2014 | MJW | 1.00 | 375 | 375.00 |
| 5/12/2014 | MJW | 1.00 | 375 | 375.00 |
| 5/15/2014 | MJW | 3.00 | 375 | 1,125.00 |
| 5/20/2014 | DFD | 1.00 | 550 | 550.00 |
| 5/20/2014 | MJW | 1.00 | 375 | 375.00 |
| 5/31/2014 | MJW | 1.00 | 375 | 375.00 |
| 6/18/2014 | MJW | 1.00 | 375 | 375.00 |
| 6/19/2014 | DFD | 2.00 | 550 | 1,100.00 |
| 6/20/2014 | MJW | 1.00 | 375 | 375.00 |
| 6/21/2014 | MJW | 1.00 | 375 | 375.00 |
| 6/23/2014 | MSB | 3.50 | 300 | 1,050.00 |
| 6/23/2014 | DFD | 1.00 | 550 | 550.00 |

**SWIFT AIR LIQUIDATING TRUST**
**LIQUIDATING TRUSTEE AND LEGAL FEES**
**For the Period October 2013 through December 2014**

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/23/2014 | PDR | 4.00 | 275 | 1,100.00 |
| 6/25/2014 | MSB | 5.75 | 300 | 1,725.00 |
| 6/25/2014 | DFD | 0.50 | 550 | 275.00 |
| 6/25/2014 | PDR | 2.00 | 275 | 550.00 |
| 7/9/2014 | DFD | 0.50 | 550 | 275.00 |
| 7/17/2014 | MJW | 2.00 | 375 | 750.00 |
| 7/25/2014 | MJW | 2.00 | 375 | 750.00 |
| 8/1/2014 | MJW | 2.00 | 375 | 750.00 |
| 8/8/2014 | THS | 2.50 | 325 | 812.50 |
| 8/15/2014 | MJW | 1.00 | 375 | 375.00 |
| 9/10/2014 | MJW | 1.00 | 375 | 375.00 |
| 9/19/2014 | MJW | 1.00 | 375 | 375.00 |
| 10/1/2014 | DFD | 1.00 | 550 | 550.00 |
| 10/1/2014 | DFD | 3.00 | 275 | 825.00 |
| 10/1/2014 | MJW | 6.00 | 187.5 | 1,125.00 |
| 10/2/2014 | DFD | 8.00 | 550 | 4,400.00 |
| 10/2/2014 | MJW | 8.00 | 375 | 3,000.00 |
| 10/3/2014 | MJW | 6.00 | 187.5 | 1,125.00 |
| 10/5/2014 | DFD | 3.00 | 275 | 825.00 |
| 10/8/2014 | MJW | 1.00 | 375 | 375.00 |
| 10/24/2014 | MJW | 1.00 | 375 | 375.00 |
| 11/3/2014 | DFD | 0.50 | 550 | 275.00 |
| 11/4/2014 | DFD | 0.50 | 550 | 275.00 |
| 11/6/2014 | DFD | 0.50 | 550 | 275.00 |
| 11/20/2014 | DFD | 0.50 | 550 | 275.00 |
| 11/21/2014 | DFD | 0.50 | 550 | 275.00 |
| 12/4/2014 | MJW | 2.00 | 375 | 750.00 |
| 12/16/2014 | MJW | 1.00 | 375 | 375.00 |
| 12/18/2014 | DFD | 1.00 | 550 | 550.00 |
| **Total MorrisAnderson Fees** | | | | **$ 52,290.00** |

## Schian Walker Legal Fees

| Settlement | Fee Payment | Amount |
|---|---|---|
| Aero Data settlement | 25% Fee Contingency | 450.00 |
| Complete Skycap - payment 1 (10/14) | 33.33% Fee Contingency | 16.67 |
| Complete Skycap - payment 2 (11/14) | 33.33% Fee Contingency | 16.67 |
| Complete Skycap - payment 3 (12/14) | 33.33% Fee Contingency | 16.67 |
| Eastern Aviation Fuels Settlement | 25% Fee Contingency | 5,000.00 |
| Fed Ex settlement | 33.33% Fee Contingency | 1,166.67 |
| International Aerospace settlement | 25% Fee Contingency | 375.00 |
| Jeppesen Sanderson Settlement | 33.33% Fee Contingency | 4,833.33 |

**SWIFT AIR LIQUIDATING TRUST**
**LIQUIDATING TRUSTEE AND LEGAL FEES**
**For the Period October 2013 through December 2014**

| | | |
|---|---|---:|
| Mariah Fuels Settlement | 25% Fee Contingency | 2,500.00 |
| Navtech settlement | 25% Fee Contingency | 1,750.00 |
| Sentinel Aerospace settlement (2000) | 33.33% Fee Contingency | 666.67 |
| Spectrum Aerospace settlment | 33.33% Fee Contingency | 1,424.00 |
| **Schian Walker Fees** | | **$ 18,215.68** |

**SWIFT AIR LIQUIDATING TRUST**
**ACCOUNTS RECEIVABLES**
**For the Period October 2013 through December 2014**

| Judgments | Description | Amount |
|---|---|---:|
| Complete Skycap Services, Inc. | Paying $50 a month paid $150 in year 2014 | 6,420.06 |
| Fitfoods4u, LLC | No response | 23,029.18 |
| Mosaic Capital | Out of state no response | 60,000.00 |
| Ryan Lafoley | Executed a settlement agreement, judgment received for $12,625 | 7,500.00 |
| Stukes (Donald), ASI Advisors, Jordan Gunthrope | Entered 1-7-2015, no collection efforts | 295,899.06 |
| | **Total Accounts Receivables** | **$392,848.30** |

**SWIFT AIR LIQUIDATING TRUST**
**ACCOUNTS PAYABLES**
**For the Period October 2013 through December 2014**

| Account | Billed | Paid | Owe |
|---|---|---|---|
| MorrisAnderosn | 56,295.46 | (15,000.00) | 41,295.46 |
| Schian Walker | 30,996.73 | (30,996.73) | - |
| **Total Accounts Payable** | | | **$41,295.46** |



# ACCOUNT STATEMENT

Statement Date: December 31, 2014
Primary Account Number: xxxxxxxx6393

**Return Mail Services**
PO Box 1237 South Windsor, CT 06074

MB 01 016403 38982 B 54 C

SWIFT AIR LIQUIDATING TRUST
MORRIS ANDERSON & ASSOCIATES LTD
55 W MONROE ST
CHICAGO IL 60603-5001

 Customer Service
1-800-421-0004

 Automated Telephone Banking
1-800-439-8230

 Customer.Service@fnfg.com

 Customer Service - Bank by Mail
P.O. Box 527
Lockport, NY 14095-0527

## IMPORTANT MESSAGE

Enclosed with this statement is an **Important Notice and Change in Terms** amending the Deposit Account Rules and Regulations ("Rules and Regulations") that govern your account. We are amending and restating sections 37 ("Charging of withdrawals") and 38 ("Overdrafts") of the Rules and Regulations effective February 6, 2015.

For **consumer** accounts, also enclosed is the **FNFG Privacy Notice**. For **business** accounts, in addition to amending and restating the Rules and Regulations we are **eliminating** the Business Account Overdraft Privilege Policy, effective February 6, 2015.

Please review these changes carefully. If you keep your account(s) open after the effective date listed above, you will be deemed to agree to the changes. All other terms of the Rules and Regulations remain unchanged.

 
MEMBER FDIC
First Niagara Bank, N.A.

## SUMMARY OF ACCOUNTS

| Account | Account Type | Current Balance ($) | Interest Rate (%) | APY (%) | Interest YTD ($) |
|---|---|---|---|---|---|
| xxxxxxxx6393 | BIZ200 Checking | 28,385.74 | | | |

### BIZ200 Checking - xxxxxxxx6393

Statement from 11/29/14 Through 12/31/14

#### Account Summary

| Beginning Balance ($) | + | Deposits ($) | + | Interest Paid ($) | - | Withdrawals ($) | - | Service Charge ($) | = | Ending Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| 17,500.01 | | 25,910.73 | | .00 | | 15,000.00 | | 25.00 | | 28,385.74 |

#### Transactions by Date

| Posting Date | Transaction Description | Debit (-$) | Credit (+$) | Balance ($) |
|---|---|---|---|---|
| 12/04 | Deposit | | 25,910.73 | 43,410.74 |
| 12/23 | Wire BNF: MORRIS ANDERSON | 15,000.00 | | 28,410.74 |
| 12/31 | Service Charge | 25.00 | | 28,385.74 |