IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. <u>2:12-bk-14362-DPC</u>
)
SWIFT AIR, LLC ) CH. 11 POST CONFIRMATION REPORT
)
) <u>X</u> QUARTERLY ___ FINAL
) (PLEASE CHECK)
)
) QUARTER ENDING: <u>September 30, 2015</u>
)
_____Debtor(s)_____) DATE PLAN CONFIRMED: <u>10/1/2013</u>

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:   $ <u>  146,180.64</u>

B. Disbursements not under the plan, for current quarter:    $ <u>17,854,441.51</u>

                                          Total Disbursements     $ <u>18,000,622.15</u>

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

   <u>Reorganized debtor anticipates that it will be able to comply with the terms of</u>

   <u>the plan.</u>

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   <u>None</u>

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

   <u>N/A</u>

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE A PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case 2:12-bk-14362-DPC    Doc 939    Filed 11/02/15    Entered 11/02/15 12:54:34    Desc
Main Document    Page 1 of 3

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ | $ | $ |
| 2. Fee for Attorney for Trustee | $ | $ 35,000.00 | $ |
| 3. Fee for Attorney for Debtor | $ | $ 444,080.00 | $ 0.00 |
| 4. Other Professionals | $ | $ 115,920.00 | $ 0.00 |
| 5. All Expenses, Including Disbursing Agent's | $ | $ | $ |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 83,092.47 | $ 611,344.78 | $ 947,142.10 |
| 7. Priority Creditors | $ | $ 3,020.91 | $ |
| 8. Unsecured Creditors | $ 63,088.17 | $ 569,986.82 | $ 30,013.18 |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
|     Administrative | $ | $ 28,702.75 | $ |
|   | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $ 146,180.64 | $1,808,055.26 | $ 977,155.28 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan    __approx. 7__ %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

|  | Description of Property |
|---|---|
| **Secured Creditors** | NONE |
| **Priority Creditors** | NONE |
| **Unsecured Creditors** | NONE |
| **Equity Security Holders** | NONE |

**Other Transfers- Specify class of Transferee**

    NONE

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

__X__   Yes   Date application was submitted? __March 23, 2015__

_____   No   Date when application will be submitted

Estimated Date of Final Payment Under Plan __10/18/2015__

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____   DATE: 10/30/2015

__Nick Huska__
(PRINT NAME)