**SCHIAN WALKER, P.L.C.**
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: bkdocket@biz.law
DALE C. SCHIAN, #010445
MARK C. HUDSON, #020500
Attorneys for MorrisAnderson & Associates, Ltd., Litigation Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

SWIFT AIR, L.L.C.,

  Debtor.

No. 2-12-bk-14362-DPC

CHAPTER 11

**LITIGATION TRUSTEE'S ANNUAL REPORT FOR FISCAL YEAR 2015**

Pursuant to Section 12.05 of the Creditor Trust Agreement, MorrisAnderson & Associates, Ltd., the duly appointed Litigation Trustee (the "**Trustee**"), files its written report and accounting for the fiscal year ending December 31, 2015.

As additional detail to this report, the Trustee has attached the following documents, ending on December 31, 2015:

1. Assets and Liabilities Schedule
2. Operating Statement
3. Summary of Settlement Payments Received
4. Operating Cash Schedule
5. Schedule of Trustee and Legal Fees
6. Accounts Receivable
7. Accounts Payable
8. Bank Statement – First Niagara

Since its appointment, the Trustee has undertaken action to review the Debtor's books and records in order to identify and recover avoidable transfers made by the Debtor prior and subsequent to its bankruptcy (including preferences, fraudulent transfers, and unauthorized post-petition transfers). As

00324874.3

noted in the attached documents, the Trustee was holding cash assets on December 31, 2014 of $53,700 and total assets of $384,178 (the balance being uncollected judgments). The Litigation Trust's (as established in the Plan or Reorganization) net income through December 31, 2015 was ($11,830.58)

A substantial portion of the Litigation Trust's income and assets is the result of collections by the Trustee (which are detailed in the attached documents). A summary of the collection efforts is as follows:

A. *Collection action against non–insiders*:

| Number | Description[1] |
|---|---|
| 68 | Total number of recipients of potentially avoidable transfers |
| 16 | Eliminated – potential liability under the venue threshold in 28 U.S.C. § 1409(a) |
| 5 | Eliminated – potential liability under the jurisdictional limit in 11 U.S.C. § 547(c)(9) |
| 17 | Eliminated after transferee established ordinary course defense that eliminated potential liability or reduced it an amount less than the jurisdictional or venue threshold(s) |
| 4 | Eliminated after transferee established contemporaneous exchange defense that eliminated potential liability or reduced it an amount less than the jurisdictional or venue threshold(s) |
| 4 | Eliminated after transferee established new value defense that eliminated potential liability or reduced it an amount less than the jurisdictional or venue threshold(s) |
| 2 | Eliminated after determining transferee did not receive a transfer from the Debtor or estate funds |
| 1 | Eliminated after it was determined that the claim was released previously as part of a Court-approved settlement |
| 5 | Eliminated for miscellaneous reasons, including the transferee no longer being in operation or otherwise uncollectible |
| 11 | Settled by Trustee – settlement paid in full |
| 2 | Settled by Trustee – settlement paid in part; balance determined to be uncollectible |
| 1 | Judgment entered (by default), but later determined to be uncollectible |
| 0 | Action pending – all non-insider collections are completed |

---

[1] Several transferees provided evidence of more than one defense; they are listed under only one defense and not repeated (double-counted).

B. *Collection action against insiders*

| Number | Description |
|--------|-------------|
| 31 | Total number of recipients of potentially avoidable transfers |
| 31 | Litigation is ongoing[2] |

As indicated by the foregoing, the Trustee resolved all potential avoidance actions against non-insiders by the end of 2015. As for the insiders, it is continuing to pursue these actions, most of which were still being negotiated prior to litigation being initiated.

DATED this  31st  day of May, 2016.

SCHIAN WALKER, P.L.C.


By  /s/    MARK C. HUDSON, #020500
      Dale C. Schian
      Mark C. Hudson
      Attorneys for MorrisAnderson

COPY of the foregoing
e-mailed this  31st  day
of May, 2016, to:

Jennifer A. Giaimo, Esq.
U.S. Trustee's Office
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
jennifer.a.giaimo@usdoj.gov

  /s/    DEBBI STEPHENS

---

[2] A default judgment was entered against three persons, but it was subsequently vacated.

**SWIFT AIR LIQUIDATING TRUST**
**ASSETS AND LIABILITIES SCHEDULE**
**For the Period January 1 through December 2015**
*Accrual Basis*

**Assets**

| | |
|---|---|
| Cash First Niagra | 28,386 |
| Cash Trust Account | 25,315 |
| Total Cash | $53,700 |
| | |
| Judgments | 384,178 |
| | |
| Total Assets | $437,879 |

**Liabilities**

| | |
|---|---|
| Accounts Payable | 58,022 |

| | |
|---|---|
| **Total Assets Less Liabilities** | $379,856 |

| | |
|---|---|
| Total Cash | 53,700 |
| Less: Accounts Payable | (58,022) |
| **Available Cash** | **($4,322)** |

SWIFT AIR LIQUIDATING TRUST
OPERATING STATEMENT
For the Period January 1 through December 2015
*Accrual Basis*

**Income**
| | |
|---|---:|
| Creditor Trust Distribution | - |
| Creditor Trust Settlements | 8,670.00 |
| **Total Receipts** | **$8,670.00** |

**Expenses**
| | |
|---|---:|
| Liquidating Trustee | 13,725.00 |
| Legal Fees | 2,890.00 |
| Filing Costs | - |
| Legal Expenses | 3,773.80 |
| Travel | - |
| Other | 50.24 |
| Postage | - |
| Communication | 61.54 |
| Bank Fees | - |
| **Total Expenses** | **20,500.58** |
| **Net Income** | **$ (11,830.58)** |

**SWIFT AIR LIQUIDATING TRUST**
**SETTLEMENTS**
**For the Period January 1 through December 2015**

| Account | Amount |
|---|---:|
| Ryan Lafoley Final Payment | 5,000.00 |
| Ryan Lafoley Payment 1 | 2,500.00 |
| FitFoods4U Payment 1 | 360.00 |
| FitFoods4U Payment 2 | 360.00 |
| Skycap Payment 7&8 - Apr and May 20 | 100.00 |
| Skycap Payment 5 - Feb 2015 | 50.00 |
| Skycap Payment 4- Jan 2015 | 50.00 |
| Skycap Payment 6 - Mar 2015 | 50.00 |
| Skycap Payment 9- Jun 2015 | 50.00 |
| Skycap Payment 10- Jul 2015 | 50.00 |
| Skycap Payment 11- Aug 2015 | 50.00 |
| Skycap Payment 12- Sep 2015 | 50.00 |
| **Total Settlements** | **$8,670.00** |

**SWIFT AIR LIQUIDATING TRUST**
**OPERATING CASH SCHEDULE**
**For the Period January 1 through December 2015**

**First Niagra Liquidating Trust Operating Account**

| Date | Account | Ledger | Description | Amount | Balance |
|------|---------|--------|-------------|--------|---------|
| *Beginning Operating Trust* | | | | | $ 28,385.74 |

**Schian Walker Escrow Account**

| | | | | | |
|---|---|---|---|---|---|
| **Beginning Settlement Collections** | | | | | $ 25,314.54 |
| **Settlement Collections** | | | | | |
| Skycap Payment 5 - Feb 2015 | | | | 50.00 | |
| Skycap Payment 4- Jan 2015 | | | | 50.00 | |
| Ryan Lafoley Payment 1 | | | | 2,500.00 | |
| FitFoods4U Payment 1 | | | | 360.00 | |
| Skycap Payment 6 - Mar 2015 | | | | 50.00 | |
| Ryan Lafoley Final Payment | | | | 5,000.00 | |
| Skycap Payment 7&8 - Apr and May 2015 | | | | 100.00 | |
| FitFoods4U Payment 2 | | | | 360.00 | |
| Skycap Payment 9- Jun 2015 | | | | 50.00 | |
| Skycap Payment 10- Jul 2015 | | | | 50.00 | |
| Skycap Payment 11- Aug 2015 | | | | 50.00 | |
| Skycap Payment 12- Sep 2015 | | | | 50.00 | |
| **Total Settlements** | | | $ | 8,670.00 | |
| **Transfers From Liquidating Trustee** | | | $ | - | |
| **Transfers To Liquidating Trustee** | | | $ | - | |
| **Legal Expense Reimbursement** | | | | | |
| Skycap | | | | (138.54) | |
| Transfer to 1182.15 | | | | (2,683.95) | |
| Transfer to 1182.15 | | | | 421.74 | |
| Transfer to 1182.15 | | | | 529.57 | |
| **Total Expense Reimbursement** | | | $ | (1,871.18) | |
| **Fees Paid** | | | | | |
| Complete Skycap - payment 4 (Jan 2015) | | | | (16.67) | |
| Complete Skycap - payment 5 (February 2015) | | | | (16.67) | |
| Ryan Lafoleypayment 1 (March 2015) | | | | (833.33) | |
| FitFoods4Upayment 1/10 (March 2015) | | | | (120.00) | |
| Complete Skycappayment 6 (March 2015) | | | | (16.67) | |
| Ryan Lafoleyfinal payment (April 2015) | | | | (1,666.67) | |
| Complete Skycappayments 7-8 (April/May 2015) | | | | (33.33) | |
| FitFoods4Upayment 2 (June 2015) | | | | (120.00) | |
| Complete Skycappayment 9 (June 2015) | | | | (16.67) | |
| Complete Skycappayment 10 (August 2015) | | | | (16.67) | |
| Complete Skycappayment 11 (August 2015) | | | | (16.67) | |
| Complete Skycappayment 12 (Sept. 2015) | | | | (16.67) | |
| **Total Schian Walker Fees Paid** | | | $ | (2,890.00) | |
| **Escrow Balance** | | | | | $ 29,223.36 |

**SWIFT AIR LIQUIDATING TRUST**
**OPERATING CASH SCHEDULE**
**For the Period January 1 through December 2015**

**LIQIDATING TRUSTEE EXPENSES**

| Date | Category | Description | Amount |
|---|---|---|---|
| 2/12/2015 | COMMUNICATION | Conference call | 11.95 |
| 2/26/2015 | COMMUNICATION | Conference call | 12.02 |
| 4/17/2015 | COMMUNICATION | Conference call | 10.39 |
| 6/8/2015 | COMMUNICATION | Conference call | 18.98 |
| 6/9/2015 | COMMUNICATION | Conference call | 8.2 |
| 12/5/2015 | OTHER | Lunch meeting | 50.24 |
| | | **TOTAL** | **$111.78** |
| | | COMMUNICATION | 61.54 |
| | | OTHER | 50.24 |
| | | POSTAGE | - |
| | | TRAVEL | - |
| | | **TOTAL LIQ TRUSTEE COST** | **$111.78** |

**Schian Walker Expenses**

| Category | Description | Amount |
|---|---|---|
| Legal Costs | Skycap | 138.54 |
| Legal Costs | Transfer to 1182.15 | 2,683.95 |
| Legal Costs | Transfer to 1182.15 | 421.74 |
| Legal Costs | Transfer to 1182.15 | 529.57 |
| | **TOTAL** | **$ 3,773.80** |

**SWIFT AIR LIQUIDATING TRUST**
**LIQUIDATING TRUSTEE AND LEGAL FEES**
**For the Period January 1 through December 2015**

**Liquidating Trustee Fees**

| Date | Consultant | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/13/2015 | DFD | 1.00 | 550.00 | 550.00 |
| 1/13/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 1/15/2015 | DFD | 1.00 | 550.00 | 550.00 |
| 1/15/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 1/20/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 1/21/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 1/28/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 2/2/2015 | MJW | 3.00 | 375.00 | 1,125.00 |
| 2/10/2015 | DFD | 1.00 | 550.00 | 550.00 |
| 2/10/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 2/23/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 2/24/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 3/5/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 3/5/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 3/17/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 3/26/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 3/27/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 4/2/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 4/3/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 4/30/2015 | DFD | 1.00 | 550.00 | 550.00 |
| 4/30/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 5/22/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 5/28/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 6/17/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 6/17/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 7/31/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 8/3/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 8/4/2015 | DFD | 1.00 | 550.00 | 550.00 |
| 9/15/2015 | DFD | 1.00 | 550.00 | 550.00 |
| 9/15/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 10/5/2015 | MJW | 1.00 | 375.00 | 375.00 |
| 10/13/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 10/21/2015 | DFD | 0.50 | 550.00 | 275.00 |
| 12/5/2015 | DFD | 1.00 | 550.00 | 550.00 |
| **Total MorrisAnderson Fees** | | | | **$ 13,725.00** |

**SWIFT AIR LIQUIDATING TRUST**
**LIQUIDATING TRUSTEE AND LEGAL FEES**
**For the Period January 1 through December 2015**

**Schian Walker Legal Fees**

| Settlement | Fee Payment | Amount |
|---|---|---:|
| Complete Skycap | 33.33% Fee Contingency | 16.67 |
| Complete Skycap | 33.33% Fee Contingency | 16.67 |
| Ryan Lafoley | 33.33% Fee Contingency | 833.33 |
| FitFoods4U | 33.33% Fee Contingency | 120.00 |
| Complete Skycap | 33.33% Fee Contingency | 16.67 |
| Ryan Lafoley | 33.33% Fee Contingency | 1,666.67 |
| Complete Skycap | 33.33% Fee Contingency | 33.33 |
| FitFoods4U | 33.33% Fee Contingency | 120.00 |
| Complete Skycap | 33.33% Fee Contingency | 16.67 |
| Complete Skycap | 33.33% Fee Contingency | 16.67 |
| Complete Skycap | 33.33% Fee Contingency | 16.67 |
| Complete Skycap | 33.33% Fee Contingency | 16.67 |
| **Schian Walker Fees** | | **$ 2,890.00** |

**SWIFT AIR LIQUIDATING TRUST**
**ACCOUNTS RECEIVABLES**
**For the Period January 1 through December 2015**

| Judgments | Description | Amount |
|---|---|---:|
| Complete Skycap Services, Inc. | Paying $50 a month paid $450 in year 2015 | 5,970.06 |
| Fitfoods4u, LLC | Paid $720 in 2015 | 22,309.18 |
| Mosaic Capital | Out of state no response | 60,000.00 |
| Stukes (Donald), ASI Advisors, Jordan Gunthrope | Entered 1-7-2015, no collection efforts | 295,899.06 |
| | **Total Accounts Receivables** | **$384,178.30** |

**SWIFT AIR LIQUIDATING TRUST**
**ACCOUNTS PAYABLES**
**For the Period January 1 through December 2015**

| Account | Billed | Paid | Owe |
|---|---|---|---|
| MorrisAnderosn 2015 | 70,132.24 | (15,000.00) | 55,132.24 |
| Schian Walker | 33,886.73 | (30,996.73) | 2,890.00 |
| **Total Accounts Payable** | | | **$58,022.24** |



**Return Mail Services**
PO Box 1237 South Windsor, CT 06074

MB 01 017225 30564 B 46 C

SWIFT AIR LIQUIDATING TRUST
MORRIS ANDERSON & ASSOCIATES LTD
55 W MONROE ST
CHICAGO IL 60603-5001

# ACCOUNT STATEMENT

Statement Date: December 31, 2015
Primary Account Number: xxxxxxx6393

 Customer Service
1-800-421-0004

 Automated Telephone Banking
1-800-439-8230

 Customer.Service@fnfg.com

 Customer Service - Bank by Mail
P.O. Box 527
Lockport, NY 14095-0527

---

**Make sure you have the protection that fits you.**

Home is where you build a life with your family, and where lasting memories are made. But over time, the homeowners insurance you bought years ago may not be covering your needs like it used to. Protect everything you love with the right coverage. At First Niagara Insurance Agency, we can help.

- Access to a team of licensed insurance agents who can answer your questions and assist you in finding the right policy
- Get the right amount of coverage at a competitive rate
- Experience a knowledgeable and responsive team

Get a free quote today—visit firstniagara.com/insurancequote


FIRST NIAGARA INSURANCE AGENCY
CALL 1-855-700-0201

BANK / BORROW / INVEST / PROTECT

INVESTMENTS AND INSURANCE: Are not deposits - Are not FDIC insured - Are not guaranteed by the Bank - Are not insured by any Federal Government Agency - May go down in value

Risk management and insurance products are offered through First Niagara Risk Management, Inc., doing business as First Niagara Insurance Agency, a wholly-owned subsidiary of First Niagara Bank, N.A., and a licensed insurance broker and agent. Insurance policies are obligations of the insurers that issue the policies. Insurance products may not be available in all states.

---

## SUMMARY OF ACCOUNTS

| Account | Account Type | Current Balance ($) | Interest Rate (%) | APY (%) | Interest YTD ($) |
|---|---|---|---|---|---|
| xxxxxxx6393 | BIZ200 Checking | 28,385.74 | | | |

### BIZ200 Checking - xxxxxxx6393

Statement from 12/01/15 Through 12/31/15

**Account Summary**

| Beginning Balance ($) | + | Deposits ($) | + | Interest Paid ($) | − | Withdrawals ($) | − | Service Charge ($) | = | Ending Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| 28,385.74 | | .00 | | .00 | | .00 | | .00 | | 28,385.74 |

**Transactions by Date**

| Posting Date | Transaction Description | Debit (−$) | Credit (+$) | Balance ($) |
|---|---|---|---|---|
| | NO ACTIVITY | | | |