BUCHALTER
A Professional Corporation
Robert J. Miller (SBN: 013334)
Khaled Tarazi (SBN: 032446)
15279 North Scottsdale Road, Suite 400
Scottsdale, Arizona 85254-1754
Telephone: 480.383.1800
Fax: 480.824.9400
Email:  rmiller@buchalter.com
          ktarazi@buchalter.com
*Attorneys for the Litigation Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SWIFT AIR, L.L.C.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 2:12-bk-14362-DPC<br><br>**NOTICE OF TRUSTEE'S CLAIM FILED IN THE RECEIVERSHIP OF SWAZLAW, PLC AND OTHER RELATED MATTERS** |

NOTICE IS HEREBY PROVIDED by MorrisAnderson & Associates, LTD., the Litigation Trustee of the trust established under that certain Creditor Trust Agreement dated October 15, 2013 (the "Trustee" and the "Trust," respectively) of the Trust's claim asserted in the receivership of SWAZLAW, PLC ("SWAZ") and other related matters.  SWAZ is in receivership in Case No. CV 2020-001402, pending in the Superior Court of the State of Arizona, Maricopa County (the Honorable Sara J. Agne presiding).

SWAZ is former counsel to the Trustee in this chapter 11 case and this Court has concurrent jurisdiction with respect to the matters addressed herein.  The Trustee has requested that Judge Agne conduct a hearing on these matters, joined by the Court in this chapter 11 case.  Thus, the Trustee is providing the Court and all appropriate parties with notice of the following pleadings, which were filed in Superior Court on January 20, 2023 or otherwise relate to such filings:

1.　　　The Trust's Claim filed in the SWAZ receivership case, attached hereto as <u>Exhibit A</u>;

2. The *Amended Response of Dale and Sarah Schian to Receiver's Motion for Order Approving Receiver's Final Claim Recommendations* dated October 14, 2022, objecting to the Trust's Claim, attached hereto as Exhibit B;

3. The *Trustee's Brief in Support of Trust Priority Claim in SWAZLAW, PLC Receivership* dated January 20, 2023, attached hereto as Exhibit C;

4. *The Appendix of Exhibits for Trustee's Brief in Support of Trust Priority Claim* dated January 20, 2023, attached hereto as Exhibit D; and

5. *The Motion for Hon. Judge Collins to Join Hearing on Swift Trust's Proof of Claim* dated January 20, 2023, attached hereto as Exhibit E.

DATED: January 22, 2023

BUCHALTER
A Professional Corporation

By:     *s/KT (SBN 032446)*
Robert J. Miller
Khaled Tarazi
15279 North Scottsdale Road, Suite 400
Scottsdale, Arizona 85254-1754
*Attorneys for the Litigation Trustee*

**E-FILED** on January 22, 2023 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed or sent U.S. Mail the same date to:

Riemer & Braunstein, LLP
Attn: Steven E. Fox, Esq.
Times Square Tower
Seven Times Square, #2506
New York, New York 10036
sfox@riemerlaw.com
*Attorneys for Debtor*

| | |
|---|---|
| 1 | Michael W. Carmel, Esq. |
| 2 | Michael W. Carmel, Ltd.<br>80 East Columbus Avenue |
| 3 | Phoenix, Arizona 85012-4965<br>michael@mcarmellaw.com |
| 4 | *Attorney for Debtor* |
| 5 | Gerald M. Gordon, Esq. |
| 6 | Teresa M. Pilatowicz, Esq.<br>Garman Turner Gordon |
| 7 | 650 White Drive, #100<br>Las Vegas, Nevada 89119 |
| 8 | ggordon@gtg.legal |
| 9 | tpilatowicz@gtg.legal<br>*Attorneys' for Reorganized Debtor* |
| 10 | Thomas J. Salerno, Esq. |
| 11 | Anthony P. Cali, Esq.<br>Stinson Leonard Street, LLP |
| 12 | 1850 North Central Avenue, #2100<br>Phoenix, Arizona 85004-4584 |
| 13 | thomas.salerno@stinsonleonard.com |
| 14 | anthony.cali@stinsonleonard.com<br>*Attorneys for Judgment Debtors* |
| 15 | Jennifer Giaimo |
| 16 | Office of the United States Trustee<br>230 North First Avenue, Suite 204 |
| 17 | Phoenix, Arizona  85003 |
| 18 | jennifer.a.giaimo@usdoj.gov<br>*Counsel for United States Trustee* |
| 19 | Ryan W. Anderson, Esq. |
| 20 | Guttilla Murphy Anderson, P.C. |
| 21 | 5415 East High Street, Suite 200<br>Phoenix, Arizona 85054 |
| 22 | randerson@gamlaw.com<br>*Attorneys for David Reaves* |
| 23 | *Receiver over SWAZLAW, PLC* |
| 24 | Dale C. Schian<br>Gallagher & Kennedy, P.A. |
| 25 | 2575 East Camelback Road<br>Phoenix, Arizona 85016-9225 |
| 26 | Telephone:  (602) 530-8000<br>dale.schian@gknet.com |
| 27 | *Attorneys for the Litigation Trustee* |
| 28 | |

BN 74651591v2

Keith L. Hendricks
Moyes Sellers & Hendricks
1850 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
khendricks@law-msh.com
*Attorneys for Cody Jess and Scott Goldberg*

*/s/ Cristina Daniels*